Case 2:25-cv-00095-HYJ-MV   ECF No. 16, PageID.171   Filed 08/15/25   Page 1 of 3

FILED - MQ
August 15, 2025 10:57 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_nes SCANNED BY: nes    / 8/15

August 12, 2025

Office of the Clerk
United States District Court
330 Federal Building
202 W. Washington Street
P.O. Box 698
Marquette, MI 49855

    Re: Case No. 2:25-CV-95
        Logan Poupore v. Brian Helfert, Menominee County

Dear Madam/Sir Clerk:

I have a multi-page document I would like to serve on the Court, Plaintiff's attorney, and attorneys for the other Co-Defendant in this case. I am unable to get copies made through the prison Law Library, as my prison account was frozen on December 06, 2024 following a court order regarding a suit filed against me by the State Treasurer of Michigan who is seeking reimbursement for the costs of incarcerating me.

I am hereby requesting that I be granted permission to not be required to serve the

attorneys for the other Co-Defendant in this case per Rule 5(c)(1)(A) and (c).

I realize that the action does not involve an unusually large number of defendants, but due to my circumstances described above, I am hoping to be granted this request, so I can get all the parties involved served prior to the Rule 16 Scheduling Conference on August 27, 2025.

I understand that if I am granted permission to do so, I must serve a copy of the order on the parties as the Court directs per Rule 5(c)(2). If I am granted this request, and if it is permissible, please forward two (2) copies of that order, so I can serve the attorneys and have a copy for my records.

Sincerely submitted,

Brian Helfert

Brian Helfert #642383
Newberry Correctional Facility
13747 E. County Road 428
Newberry, MI 49868
BH/



BRIAN HELFERT #642383
NEWBERRY CORRECTIONAL FACILITY
13747 E. COUNTY ROAD 428
NEWBERRY, MI 49868

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
330 FEDERAL BUILDING
202 W. WASHINGTON STREET
P.O. BOX 698
MARQUETTE, MI 49855